Frances E. GASTON, Petitioner,

v.

**DEPARTMENT OF THE NAVY, Respondent.**

No. 02–3196.

United States Court of Appeals, Federal Circuit.

May 23, 2002.

ON MOTION

ORDER

Frances E. Gaston moves to voluntarily dismiss this petition for review.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.

Charles R. JORDAN, Petitioner,

v.

**DEPARTMENT OF LABOR, Respondent.**

No. 01–3349.

United States Court of Appeals, Federal Circuit.

May 23, 2002.

ORDER

Petitioner having paid the required filing fee, it is ORDERED that the order of dismissal and the mandate be, and the same hereby are, VACATED and RECALLED, and the petition for review is REINSTATED.

Respondent should compute the due date for filing its brief from the date of filing of this order.